ALICE CUNNINGHAM v. JAY SKELTON, M.D.

December 23, 1985.

Petition for certification denied.

MARIANA HAMPARIAN v. KNOLL
PHARMACEUTICAL COMPANY.

December 23, 1985.

Petition for certification denied.

LOUISA MCCRUDDEN v. FILIPO MIRANTE.

December 23, 1985.

Petition for certification denied.

MEDFORD CONVALESCENT AND NURSING CENTER v. DIVI-
SION OF MEDICAL ASSISTANCE AND HEALTH SERVICES.

December 23, 1985.

Petition for certification denied.